# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160431 (57)
160432

MARC SLIS and 906 VAPOR,
      Plaintiffs-Appellees,

v

STATE OF MICHIGAN and DEPARTMENT
OF HEALTH AND HUMAN SERVICES,
      Defendants-Appellants.

_____/

SC: 160431
COA: 351211
Ct of Claims: 19-000152-MZ

A CLEAN CIGARETTE CORPORATION,
      Plaintiff-Appellee,

v

GOVERNOR, STATE OF MICHIGAN, and
DEPARTMENT OF HEALTH AND
HUMAN SERVICES,
      Defendants-Appellants.

_____/

SC: 160432
COA: 351212
Ct of Claims: 19-000154-MZ

On order of the Chief Justice, the motion to extend time to file reply is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2019

izm



Clerk